**234-16**

CCA # 13-15-00169-CR

OFFENSE: Miscellaneous/Other Criminal including Misdemeanor or Felony

STYLE: The State of Texas v. Michael Maurer

COUNTY: Nueces

TRIAL COURT: County Court at Law No 1

TRIAL COURT #: 07-CR-3240-1

TRIAL COURT JUDGE: Hon. Robert J. Vargas

DISPOSITION: Affirm

DATE: _____

JUSTICE: _____ PC ___ S ___

PUBLISH: _____ DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: 2/4/16
JUDGE: Garza

CLK RECORD: _____

RPT RECORD: _____

STATE BR: _____

APP BR: _____

SUPP CLK RECORD _____

SUPP RPT RECORD _____

SUPP BR _____

PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # **234-16**

----------------------

_____ State's _____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_REFUSED_

DATE: 05/04/2016

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____